DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAMIN ODISHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff,*<br><br>v.<br><br>RAMIN ODISHO,<br><br>       *Defendant.* | No. 1:12-cr-0260 LJO-SKO<br><br>*REVISED* STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE:  December 3, 2012<br>TIME:  1:00 P.M.<br>JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 15, 2012, **may be continued to December 3, 2012 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case.  Defense counsel is in receipt of the initial discovery.  The government will in the near future provide an additional audio recording.  Defense also has substantial investigation it needs to complete in this case.  The parties have had preliminary discussions regarding this case and wish to continue to attempt to reach a resolution.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.

§§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                     Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

DATED: October 11, 2012          By:   /s/ Kimberly A. Sanchez
                                            KIMBERLY A. SANCHEZ
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

                                     DANIEL J. BRODERICK
                                     Federal Defender

DATED: October 11, 2012          By:   /s/ Charles J. Lee
                                            CHARLES J. LEE
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            RAMIN ODISHO

### O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 11, 2012**                /s/ **Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE