1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  RAMIN ODISHO

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:12-cr-0260 LJO-SKO
                                       )
12              *Plaintiff,*           )   STIPULATION AND ORDER TO CONTINUE
                                       )   STATUS CONFERENCE HEARING
13      v.                             )
                                       )   DATE:   February 4, 2013
14  RAMIN ODISHO,                      )   TIME:   1:00 P.M.
                                       )   JUDGE:  Hon. Sheila K. Oberto
15              *Defendant.*           )
                                       )
16  _____)

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the status conference in the above-captioned matter now set for December 3, 2012 **may be**

20  **continued to February 4, 2013 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

21          This continuance is at the request of defense counsel as defense needs additional time in

22  preparation of this case.  Defense counsel is currently conducting investigation.  Upon conclusion of that

23  investigation, defense anticipates providing the results to the government as reciprocal discovery.  The

24  parties would then like an opportunity to further discuss the case in the hopes of a pretrial resolution.

25          The requested continuance is with the intention of conserving time and resources for both

26  parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in

27  the interests of justice, including but not limited to, the need for the period of time set forth herein for

28  ///

1    effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.

2    §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

3                                                  Respectfully submitted,

4                                                  BENJAMIN B. WAGNER
                                                   United States Attorney
5

6    DATED: November 27, 2012              By:    /s/ Kimberly A. Sanchez
                                                  KIMBERLY A. SANCHEZ
7                                                 Assistant United States Attorney
                                                  Attorney for Plaintiff
8

9                                                  DANIEL J. BRODERICK
                                                   Federal Defender
10

11   DATED: November 27, 2012              By:    /s/ Charles J. Lee
                                                  CHARLES J. LEE
12                                                Assistant Federal Defender
                                                  Attorney for Defendant
13                                                RAMIN ODISHO

14

15

16

17                                      O R D E R

18       **IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and

19   3161(h)(7)(B)(i) and (iv).

20

21

22   IT IS SO ORDERED.

23   **Dated:    November 27, 2012**            _____/s/ Sheila K. Oberto_____
                                                UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

Odisho: Stipulation and Order                    2