JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAMIN ODISHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>RAMIN ODISHO,<br><br>　　　　*Defendant.* | No. 1:12-cr-0260 LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE:　May 20, 2013<br>TIME:　1:00 P.M.<br>JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for April 15, 2013, **may be continued to May 20, 2013 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

　　　　This continuance is at the request of both parties as the parties have reached a resolution, but need the additional time to conform the agreement. The government has provided defense with a resolution which has been discussed with the client, who wishes to accept the settlement. Having just received the agreement, defense needs additional time to review all the details of the agreement with client as well as to get the necessary signatures.

　　　　The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                              Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: April 10, 2013          By:    /s/ Kimberly A. Sanchez
                                              KIMBERLY A. SANCHEZ
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              JOSEPH SCHLESINGER
                                              Acting Federal Defender

DATED: April 10, 2013          By:    /s/ Charles J. Lee
                                              CHARLES J. LEE
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              RAMIN ODISHO

## O R D E R

The parties' stipulated request for a continuance of the status conference date is GRANTED to allow the parties additional time to achieve a mutually agreeable resolution of this matter. Should the parties resolve the case, they shall inform the court so the matter can be reset as a change of plea hearing before United States District Judge Lawrence J. O'Neill on May 20, 2013 at 8:30 a.m.

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 10, 2013**                          **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE