HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Ramin Odisho

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-0260 LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | DATE:   December 1, 2014 |
| RAMIN ODISHO, | TIME:   1:00 p.m. |
| | JUDGE: Hon. Sheila K. Oberto |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference hearing in the above-captioned matter now set for November 17, 2014 may be continued to the December 1, 2014 at 1:00 p.m.

The terms of Mr. Odisho's deferred prosecution agreement expire on November 16, 2014.  The government wishes to have some additional time to verify he has complied with all the terms and obeyed all laws.  Upon confirmation, the government will file for a dismissal of the case prior to the next requested court date.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 13, 2014          By:   /s/ KIMBERLY A. SANCHEZ
                                        KIMBERLY A. SANCHEZ
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: November 13, 2014          By:   /s/ *Charles J. Lee*
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RAMIN ODISHO


**O R D E R**

IT IS SO ORDERED.

Dated:   **November 13, 2014**          _____
                                        UNITED STATES MAGISTRATE JUDGE