BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                  v.<br><br>RAMIN ODISHO<br><br>                          Defendants. | CASE NO.  1:12-CR-00260 LJO<br><br> ORDER ON GOVERNMENTS<br>MOTION TO DISMISS<br>(Fed. R. Crim. P.  48 (a)) |

**<u>ORDER</u>**

       IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to

RAMIN ODISHO with prejudice.


IT IS SO ORDERED.

       Dated:   <u>**November 18, 2014**</u>            <u>**/s/ Lawrence J. O'Neill**</u>
                                                    UNITED STATES DISTRICT JUDGE

ORDER                                              1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28