HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Ramin Odisho

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00260 LJO-SKO |
| Plaintiff, | **AMENDED** APPLICATION FOR RETURN OF PASSPORT; ORDER |
| vs. | |
| RAMIN ODISHO, | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | |

On August 21, 2012, Defendant, Ramin Odisho, appeared before the Honorable Sheila K. Oberto and was ordered released from custody under the supervision of Pretrial Services. Among other conditions, Mr. Odisho was ordered to surrender his passport (#216972343—DKT #7) which was in the possession of the case agent. (DKT #3). Detective Hutchinson has informed the government he has turned the passport over to the Clerk's Office some time ago.

On November 18, 2014, your honor signed the government order for dismissal, with prejudice, as Mr. Odisho had fulfilled all the terms of his pretrial diversion program. As Mr. Odisho's case is now dismissed, defense requests that his passport (#216972343) be returned to him. AUSA Kim Sanchez is in agreement with this request.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: December 16, 2014        By:     /s/ *Charles J. Lee*
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RAMIN ODISHO

**O R D E R**

Defendant Ramin Odisho's Passport shall be returned to the defendant forthwith.

IT IS SO ORDERED.

Dated:   **December 16, 2014**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

Application for Release of Passport;                -2-
[Proposed] Order